**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1296**

ANITA THOMAS,

                    Plaintiff – Appellant,

          v.

CUMBERLAND COUNTY SCHOOLS; VANSTORY HILLS ELEMENTARY SCHOOL;
BETTY MUSSELWHITE,

                    Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Louise W. Flanagan,
Chief District Judge.  (5:09-cv-00359-FL)

Submitted:  June 16, 2011                 Decided:  June 20, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anita Thomas, Appellant Pro Se.  Webster Glenn Harrison, MCANGUS
GOUDELOCK & COURIE LLC, Raleigh, North Carolina; Amy Yager
Jenkins, MCANGUS GOUDELOCK & COURIE LLC, Charleston, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anita Thomas appeals the district court's order denying Thomas's motion to be relieved from a stipulation of dismissal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thomas v. Cumberland Cnty. Sch., No. 5:09-cv-00359-FL (E.D.N.C. Mar. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED